IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
       PELVIC SUPPORT SYSTEMS
       PRODUCTS LIABILITY LITIGATION

                                                            MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC.  The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before March 6, 2017, if settlements are not finalized and dismissal orders are not submitted on

or before March 6, 2017, then the Court will have a hearing to determine the appropriate action

pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
    including Boston Scientific Corp.

7761096 v1

Case 2:13-cv-04252 Document 1 Filed 09/20/16 Page 2 of 10

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual cases listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 1566, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

7761096 v1

**EXHIBIT A – MUELLER LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 13-cv-02839 | GAY, Rachel vs. Boston Scientific Corporation |
| 13-cv-02854 | CIANCIULLI, Lisa and Joseph Cianciulli vs. Boston Scientific Corporation |
| 13-cv-02861 | ANDERSEN, Carol vs. Boston Scientific Corporation |
| 13-cv-02903 | STEWART, Dana and Lawrence Stewart vs. Boston Scientific Corporation |
| 13-cv-02907 | SMITH, April and Scott J. Smith vs. Boston Scientific Corporation |
| 13-cv-02936 | NICKLE, Debra and Steven Nickle vs. Boston Scientific Corporation |
| 13-cv-02945 | BEATON, Judy and Howard Beaton vs. Boston Scientific Corporation |
| 13-cv-02975 | PHILLIPS, Rebecca and Richard Phillips vs. Boston Scientific Corporation |
| 13-cv-02986 | LANGFORD, Maureen and Marvin Langford vs. Boston Scientific Corporation |
| 13-cv-03005 | CONNERTON, Michelle vs. Boston Scientific Corporation |
| 13-cv-03009 | ANEZ, Patricia vs. Boston Scientific Corporation |
| 13-cv-03116 | BAKER, Teresa and William Baker, Sr. vs. Boston Scientific Corporation |
| 13-cv-03272 | BRUIST, Peggy and Samuel Bruist vs. Boston Scientific Corporation |
| 13-cv-03289 | TRACY-WRIGHT, Angelia vs. Boston Scientific Corporation |
| 13-cv-03389 | WOLFE, Wendi Michelle and Rex Wolfe vs. Boston Scientific Corporation |
| 13-cv-03440 | GUYLL, Malynda and Jack Guyll vs. Boston Scientific Corporation |
| 13-cv-03453 | GARMAN, Jeri and Steven Ryan Hawley vs. Boston Scientific Corporation |
| 13-cv-03830 | BRAY, Tonya and William Bray vs. Boston Scientific Corporation |
| 13-cv-03928 | BRYANT, Jenny and John Bryant vs. Boston Scientific Corporation |
| 13-cv-03936 | LYTTLE, Jacquelyn and Carl Britton Lyttle, V vs. Boston Scientific Corporation |
| 13-cv-03943 | WHEELER, Laurel and William Douglas Wheeler vs. Boston Scientific Corporation |
| 13-cv-03945 | MCDOLE, Linda vs. Boston Scientific Corporation |
|  |  |

7761096 v1

| 13-cv-04138 | JONES, Carol and Evan Jones vs. Boston Scientific Corporation |
|---|---|
| 13-cv-04143 | STOKES, Bobby vs. Boston Scientific Corporation |
| 13-cv-04169 | DAVIS, Mary and Joseph Davis v. Boston Scientific Corporation |
| 13-cv-04252 | DAVIDSON, Michelle and Scott vs. Boston Scientific Corporation |
| 13-cv-04319 | SHARPE, Tuesdee vs. Boston Scientific Corporation |
| 13-cv-04328 | LAMBERT, Lisa and Darrell Lambert vs. Boston Scientific Corporation |
| 13-cv-04417 | NELLOS, Becky and Kevin Nellos vs. Boston Scientific Corporation |
| 13-cv-04473 | MARRERO, Elba and Jose Sanchez vs. Boston Scientific Corporation |
| 13-cv-04481 | MORRIS, Judith vs. Boston Scientific Corporation |
| 13-cv-04491 | RODRIGUEZ, Marilyn and Michael Rodriguez vs. Boston Scientific Corporation |
| 13-cv-04557 | SPECHT, Jean vs. Boston Scientific Corporation |
| 13-cv-04573 | CROFT, Jo Ellen and Robert Croft vs. Boston Scientific Corporation |
| 13-cv-04579 | CAMPBELL, Shelisha vs. Boston Scientific Corporation |
| 13-cv-04582 | DAVIDSON, Anna and Douglas Davidson vs. Boston Scientific Corporation |
| 13-cv-04595 | HOFFMAN, Virginia and Dennis Hoffman vs. Boston Scientific Corporation |
| 13-cv-04619 | SCHANTZ, Marjorie vs. Boston Scientific Corporation |
| 13-cv-04667 | NAVARRETE, Yolanda vs. Boston Scientific Corporation |
| 13-cv-04672 | MOORE, Alice vs. Boston Scientific Corporation |
| 13-cv-04695 | GREENE, Angela vs. Boston Scientific Corporation |
| 13-cv-04713 | MARTIN, Paula and Alan Martin vs. Boston Scientific Corporation |
| 13-cv-04722 | STEELE, Sandy and Thomas Steele vs. Boston Scientific Corporation |
| 13-cv-04725 | WILLIAMSON, Boronica vs. Boston Scientific Corporation |
| 13-cv-04729 | ROPER, Leatha vs. Boston Scientific Corporation |
| 13-cv-04732 | GRASS, Holly vs. Boston Scientific Corporation |
| 13-cv-04744 | RAVELO, Mayra vs. Boston Scientific Corporation |
| 13-cv-04890 | LATESTA, Laurie vs. Boston Scientific Corporation |
| 13-cv-04892 | PRICE, Cheryl and Fred Price vs. Boston Scientific Corporation |
| 13-cv-04894 | BARNES, China v. Boston Scientific Corporation |
| 13-cv-05106 | WRIGHT, Susan vs. Boston Scientific Corporation |
| 13-cv-05125 | TAYLOR, Susan and David Taylor vs. Boston Scientific Corporation |
| 13-cv-05384 | MCGINNIS, Jama vs. Boston Scientific Corporation |

| 13-cv-05404 | BARNES, Deborah and Jimmy Barnes vs. Boston Scientific Corporation |
| --- | --- |
| 13-cv-05415 | BRINGMAN, Teresa and Jason Bringman vs. Boston Scientific Corporation |
| 13-cv-05421 | WEBER, Susan and John Weber vs. Boston Scientific Corporation |
| 13-cv-05465 | HARGETT, Shawn Watson and Scott Hargett vs. Boston Scientific Corporation |
| 13-cv-05468 | ZENTGRAF, Michelle and Alfred J. Zentgraf vs. Boston Scientific Corporation |
| 13-cv-05480 | THOMAS, Patricia and Bennett Thomas vs. Boston Scientific Corporation |
| 13-cv-05485 | MONAGHAN, Nancy and George Quinn vs. Boston Scientific Corporation |
| 13-cv-05491 | WILLIAMS, Suzanne and Jeff Williams vs. Boston Scientific Corporation |
| ~~13-cv-05518~~ | ~~SMITH, Lisa and Donnie Smith vs. Boston Scientific Corporation, American Medical Systems, Inc.~~ |
| 13-cv-05558 | CECIL, Tiffany vs. Boston Scientific Corporation |
| 13-cv-05658 | HILL, Doris vs. Boston Scientific Corporation |
| 13-cv-05679 | BERNIER, Linda and Stephen Bernier vs. Boston Scientific Corporation |
| 13-cv-05712 | LEWELLYN, Donna and Phillip Lewellyn vs. Boston Scientific Corporation |
| 13-cv-05802 | RODRIGUEZ, Gina vs. Boston Scientific Corporation |
| 13-cv-05812 | DEDIC, Korana v. Boston Scientific Corporation |
| 13-cv-05820 | SMITH, Vicki vs. Boston Scientific Corporation |
| 13-cv-05825 | CARPENTER, Marliese and James H. Carpenter vs. Boston Scientific Corporation |
| 13-cv-05873 | RAY, Carolyn and Grady Ray vs. Boston Scientific Corporation |
| 13-cv-06119 | COX, Kimberly and Kevin Cox vs. Boston Scientific Corporation |
| 13-cv-06123 | GASQUE, Jennifer vs. Boston Scientific Corporation |
| 13-cv-06269 | KAUP, Kathy vs. Boston Scientific Corporation |
| 13-cv-06276 | MACDONALD, Peggy vs. Boston Scientific Corporation |
| 13-cv-06439 | MAY, Sherry and Michael May vs. Boston Scientific Corporation |
| 13-cv-06441 | PRUITT, Vickie and George Pruitt vs. Boston Scientific Corporation |
| 13-cv-06446 | TEMPLES, Wava and Ken Temples vs. Boston Scientific Corporation |
| 13-cv-06455 | BARKLEY, Robin vs. Boston Scientific Corporation |
| 13-cv-06495 | FALSEY, Susan vs. Boston Scientific Corporation |

Case 2:13-cv-04252 Document 1 Filed 09/20/16 Page 6 of 10

| 13-cv-06542 | GARRETT, Antoinette vs. Boston Scientific Corporation |
|---|---|
| 13-cv-06601 | DANIEL, Sheila and Marvin Daniel vs. Boston Scientific Corporation |
| 13-cv-06633 | ONEY, Wanda and Roger Oney vs. Boston Scientific Corporation |
| 13-cv-06637 | LITTLETON, Shelly and Jesse Littleton vs. Boston Scientific Corporation |
| 13-cv-06651 | BLACKWELL, Jo vs. Boston Scientific Corporation |
| 13-cv-06654 | DEACON, Pamela and James Deacon vs. Boston Scientific Corporation |
| 13-cv-06657 | VALLEY, Gelene and James Valley vs. Boston Scientific Corporation |
| 13-cv-06695 | DUNCAN, Janice and Danny Duncan vs. Boston Scientific Corporation |
| 13-cv-06698 | GALLIE, Jill and Brian Gallie vs. Boston Scientific Corporation |
| 13-cv-06884 | DEFOE, Kelli and Eddy Defoe vs. Boston Scientific Corporation |
| 13-cv-07099 | DELFINO, Jaime Ann vs. Boston Scientific Corporation |
| 13-cv-07100 | HAMMONDS, Tina and Bobby Hammonds vs. Boston Scientific Corporation |
| 13-cv-07104 | GIBLER, Cheryl and William Gibler vs. Boston Scientific Corporation |
| 13-cv-07105 | SCOTT, Erin and James Scott vs. Boston Scientific Corporation |
| 13-cv-07107 | VENZANT, Rose vs. Boston Scientific Corporation |
| 13-cv-07110 | WAGNER, Shelley and Rockey Wagner vs. Boston Scientific Corporation |
| 13-cv-07120 | WODAREK, Shelby and Michael Wodarek vs. Boston Scientific Corporation |
| 13-cv-07150 | CHAPMAN, Crystal and Israel Chapman vs. Boston Scientific Corporation |
| 13-cv-07215 | ARRENDONDO, Emilia vs. Boston Scientific Corporation |
| 13-cv-07217 | LUCERO, Vickie vs. Boston Scientific Corporation |
| 13-cv-07263 | GUTA, Pamela Kay vs. Boston Scientific Corporation |
| 13-cv-07278 | YANCY, Melissa and David Yancy vs. Boston Scientific Corporation |
| 13-cv-07318 | MILLER, Rulisa and Charlie G. Miller Jr. vs. Boston Scientific Corporation |
| 13-cv-07321 | TORRICO, Diana vs. Boston Scientific Corporation |
| 13-cv-07325 | CAMPANO, Laura and Saverio Campano vs. Boston Scientific Corporation |
| 13-cv-07373 | SKELTON, Deborah vs. Boston Scientific Corporation |
| 13-cv-07374 | BROCK, Carol and Robert Brock vs. Boston Scientific Corporation |

| 13-cv-07425 | GLASGOW, Patricia and Shawn A Gasgow vs. Boston Scientific Corporation |
|---|---|
| 13-cv-07428 | GREGORY, Senique and Miguel Hernandez vs. Boston Scientific Corporation |
| 13-cv-07459 | HODGES, Roxanne vs. Boston Scientific Corporation |
| 13-cv-07730 | TAYLOR, Jennifer and Kevin James vs. Boston Scientific Corporation |
| 13-cv-07743 | ANDERSON, Sharron vs. Boston Scientific Corporation |
| 13-cv-07748 | FRANGKISER, Deborah and Michael Frangkiser vs. Boston Scientific Corporation |
| 13-cv-07885 | PRESTON, Diana vs. Boston Scientific Corporation |
| 13-cv-07886 | SERRANO, Maria vs. Boston Scientific Corporation |
| 13-cv-07893 | BERTHOFF, Daralynn and Jim Berthoff vs. Boston Scientific Corporation |
| 13-cv-07898 | BISHOP, Nadine and Timothy Bishop vs. Boston Scientific Corporation |
| 13-cv-07919 | HEYING, Susan A. vs. Boston Scientific Corporation |
| ~~13-cv-08060~~ | ~~CHAMBERLIN, Laverne and David M. Chamberlin, Sr. v. Boston Scientific Corporation~~ |
| 13-cv-08076 | FORD, Michele and Michael Ford vs. Boston Scientific Corporation |
| 13-cv-08079 | TOBIN, Katherine and Joseph Tobin vs. Boston Scientific Corporation |
| 13-cv-08086 | SINGH, Joyleen and Daniel Singh vs. Boston Scientific Corporation |
| 13-cv-08105 | COLLINS, Ida vs. Boston Scientific Corporation |
| 13-cv-08228 | BRANCHE, Alma vs. Boston Scientific Corporation |
| 13-cv-08230 | DOVER, Ruth and Emory Ray Dover vs. Boston Scientific Corporation |
| 13-cv-08232 | KELLER, Carole and Herschel R. Keller vs. Boston Scientific Corporation |
| 13-cv-08249 | CARTER, Sandra ~~and Darin Anderson~~ vs. Boston Scientific Corporation |
| 13-cv-08275 | LAMBERT, Jacqueline and Roger Lambert vs. Boston Scientific Corporation |
| 13-cv-08276 | LANKIN, Sandra and Jan Lankin vs. Boston Scientific Corporation |
| 13-cv-08306 | WOOD, Shirley and Robert L. Wood vs. Boston Scientific Corporation |
| 13-cv-08338 | DENUNZIO, Lisamarie vs. Boston Scientific Corporation |
| 13-cv-08343 | DOSTAL, Ellen vs. Boston Scientific Corporation |
| 13-cv-08377 | MAYER, Michelle and Scott Dennis Mayer vs. Boston Scientific Corporation |
| 13-cv-08453 | GARCIA, Milagros and Hilario Garcia vs. Boston Scientific Corporation |

| 13-cv-08454 | CHAPMAN, Connie Dickenson vs. Boston Scientific Corporation |
|---|---|
| 13-cv-08457 | JESKE, Dawna and Ray Jeske vs. Boston Scientific Corporation |
| 13-cv-08750 | VINCI, Toni vs. Boston Scientific Corporation |
| 13-cv-08772 | HARTMAN, Cheryl and Thomas H. Hartman vs. Boston Scientific Corporation |
| 13-cv-08826 | LARISCY, Denise and Franklin Thomas Lariscy vs. Boston Scientific Corporation |
| 13-cv-08833 | FISHBURN, Tracy vs. Boston Scientific Corporation |
| 13-cv-08949 | LUMB, Ellen and David Lumb vs. Boston Scientific Corporation |
| 13-cv-08979 | WILD, Linda and Ronn Michael Wild vs. Boston Scientific Corporation |
| 13-cv-09029 | JUSTICE, Kelly and William Justice vs. Boston Scientific Corporation |
| 13-cv-09030 | NUNOO, Doleda and Samuel Nunoo vs. Boston Scientific Corporation |
| 13-cv-09036 | GOLDBERG, Christina vs. Boston Scientific Corporation |
| 13-cv-09040 | HORNE, Joyce and Billy Joe Horne vs. Boston Scientific Corporation |
| 13-cv-09092 | CAREY, Ruth and Robert Edward Carey vs. Boston Scientific Corporation |
| 13-cv-09153 | HAGGMARK, Gina and Don Haggmark vs. Boston Scientific Corporation |
| 13-cv-09197 | BROWN, Jenny vs. Boston Scientific Corporation |
| 13-cv-09200 | COGAN, Beverly and Robert Cogan vs. Boston Scientific Corporation |
| 13-cv-09208 | HOUGH, Wanda and Stanley Hough vs. Boston Scientific Corporation |
| 13-cv-09217 | YOUNG, Kimberly and Ray Young vs. Boston Scientific Corporation |
| 13-cv-09251 | MECHANIC, Mary JoAnne vs. Boston Scientific Corporation |
| 13-cv-09257 | PALMER, Lisa and William Palmer vs. Boston Scientific Corporation |
| 13-cv-09325 | GOODY, Rita and Richard W. Goody vs. Boston Scientific Corporation |
| 13-cv-09326 | BENDER, Christina vs. Boston Scientific Corporation |
| 13-cv-09331 | HIGGINS, Debra and Timothy Higgins vs. Boston Scientific Corporation |
| 13-cv-09365 | MORRIS, Leora vs. Boston Scientific Corporation |
| 13-cv-09503 | DAZY, Rhonda and John Dazy vs. Boston Scientific Corporation |
| 13-cv-09523 | NOBLE, Diane vs. Boston Scientific Corporation |
| | |

7761096 v1

| 13-cv-09722 | GARCIA, Benita and Alejandro Garcia vs. Boston Scientific Corporation |
| 13-cv-09728 | OWENS, Terry and Chris Owens vs. Boston Scientific Corporation |
| 13-cv-09731 | MOTT, Elaine and John Mott vs. Boston Scientific Corporation |
| 13-cv-09735 | LOVAS, Julia and Shawn Lovas vs. Boston Scientific Corporation |
| 13-cv-09792 | COLLETT, Cynthia vs. Boston Scientific Corporation |
| 13-cv-09842 | COLETTA, Cheryl and Richard Coletta vs. Boston Scientific Corporation |
| 13-cv-09843 | KABLER, Prudence vs. Boston Scientific Corporation |
| 13-cv-09852 | PITTS, Maria and Robert Pitts vs. Boston Scientific Corporation |
| 13-cv-09866 | GRAHAM, Joanne vs. Boston Scientific Corporation |
| 13-cv-09893 | BAHR, Shirley vs. Boston Scientific Corporation |
| 13-cv-09901 | BENDER, Helen and Stephen Bender vs. Boston Scientific Corporation |
| 13-cv-09905 | BERGER, Susan and Robert Berger vs. Boston Scientific Corporation |
| 13-cv-10098 | BISHOP, Mary and Bobby Bishop vs. Boston Scientific Corporation |
| 13-cv-10107 | SCARBROUGH, Jackie vs. Boston Scientific Corporation |
| 13-cv-10384 | ROGERS, Linda v. Boston Scientific Corporation |
| 13-cv-10388 | SHELTON, Christine and Virgil Shelton vs. Boston Scientific Corporation |
| 13-cv-10390 | HARDISON, Sheila and Dwight Hardison vs. Boston Scientific Corporation |
| 13-cv-10593 | ALLENDE, Arleen and William Aleman vs. Boston Scientific Corporation |
| 13-cv-10605 | NEAL, Pamela and Gary Neal vs. Boston Scientific Corporation |
| 13-cv-10631 | MALARKEY-STALLARD, Patricia and Glenn Stallard |
| 13-cv-10637 | KRUEGER, Katherine and Marion D. Jester vs. Boston Scientific Corporation |
| 13-cv-10642 | MATTHEWS, Lisa and Jammie Matthews vs. Boston Scientific Corporation |
| 13-cv-10661 | CAMP, Deborah vs. Boston Scientific Corporation |
| 13-cv-10665 | DELL, Anne vs. Boston Scientific Corporation |
| 13-cv-10668 | EDWARDS, Ronda vs. Boston Scientific Corporation |
| 13-cv-10670 | GULLEY, Natalie vs. Boston Scientific Corporation |
| 13-cv-10722 | KAEDING, Barbara and Lawrence Kaeding vs. Boston Scientific Corporation |
| 13-cv-10723 | THIBODAUX, Patricia and Patrick Thibodaux vs. Boston Scientific Corporation |

| 13-cv-10731 | STRICKLAND, Carolyn v. Boston Scientific Corporation |
| 13-cv-10735 | CHILD, Tama and Dustin Child vs. Boston Scientific Corporation |
| 13-cv-10738 | BREWER, Tonya and Joseph Brewer vs. Boston Scientific Corporation |
| 13-cv-10927 | BULLARD, Frances and Robert Bullard vs. Boston Scientific Corporation |

7761096 v1